## Boyd's Estate (No. 2).

Argued April 3, 1901. Appeal, No. 122, Jan. T., 1901, by Mary Bray Boyd, Executrix of William Bray Boyd, deceased, from decree of O. C. Oct. T., 1885, No. 37, sustaining exceptions to adjudication in the Estate of Mary Bray Boyd, deceased. Before McCOLLUM, C. J., FELL, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

*Samuel E. Cavin, David W. Sellers* and *Thomas H. Capp,* for appellants.

*Richard C. Dale,* for appellee.

PER CURIAM, May 27, 1901:

The decree entered by the court below is affirmed on the opinion of Judge PENROSE.

Decree affirmed and appeal dismissed at the cost of the appellant.